CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Cox, Castle & Nicholson LLP
Robert D. Infelise (State Bar No. 93876)
50 California Street, 32nd Floor San Francisco,
California 94111-4710
Telephone: (415) 262-5100
Facsimile: (415) 262-5199
Email: rinfelise@coxcastle.com
Attorneys for the defendant,
International Hotel Associates No. 2 LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL HOTEL ASSOCIATES NO. 2 LLC, a California Limited Liability Company; <br><br> Defendants, | Case: 4:20-cv-08689-HSG <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 25, 2022        CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff

Dated: February 25, 2022        Cox, Castle & Nicholson LLP

                                By: /s/ Robert D. Infelise
                                    Robert D. Infelise
                                    Attorney for Defendant
                                    International Hotel Associates No. 2 LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Robert D. Infelise, counsel for International Hotel Associates No. 2 LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: February 25, 2022          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff